Filed with the Classified Information Security Officer

*[signature]*
03/06/2024

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | CRIM. NO. 21-474 |
| | : | |
| JOHN MURRAY ROWE, JR. | : | *IN CAMERA* AND UNDER SEAL |
| | : | |

**PARTIES' JOINT MOTION PURSUANT TO CIPA SECTION 6(c)
FOR SUBSTITUTIONS IN LIEU OF DISCLOSURE OF CLASSIFIED INFORMATION**