# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | CRIM. NO. 21-474 |
| | : | |
| JOHN MURRAY ROWE, JR. | : | |

## PARTIES' JOINT MOTION FOR PRETRIAL SCHEDULING ORDER

In preparation for the trial in this matter, scheduled to begin with voir dire on May 1, 2024, and with the presentation of evidence on May 6, 2024, the United States of America, by and through its undersigned counsel, and the Defendant, by and through his undersigned counsel, hereby jointly move the Court to enter the attached proposed pretrial scheduling order.

Respectfully submitted this 25th day of March, 2024.

        JACQUELINE C. ROMERO
        United States Attorney

By: /s/ Sarah M. Wolfe
      SARAH M. WOLFE
      Assistant United States Attorney

      SCOTT A. CLAFFEE
      Trial Attorney
      U.S. DOJ, National Security Division

      *Counsel for the United States of America*

By: /s/ Mark T. Wilson
      MARK T. WILSON
      Senior Trial Counsel

      KATHLEEN M. GAUGHAN
      Assistant Federal Defender

      *Counsel for John Murray Rowe, Jr.*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | CRIM. NO. 21-474 |
| : | |
| JOHN MURRAY ROWE, JR. : | |

**PRETRIAL SCHEDULING ORDER**

AND NOW, upon consideration of the parties' joint motion for a pretrial scheduling order, it is ORDERED AND DECREED that the parties' motion is GRANTED and the following deadlines shall apply in this case:

1. **April 15, 2024** – deadline for motions in limine and expert disclosures.

2. **April 22, 2024** – deadline for responses to motions in limine, proposed voir dire, proposed jury instructions, and the government's trial brief.

3. **April 26, 2024** – deadline for production of exhibits and Jencks materials.

4. **April 29, 2024** – final pretrial conference.

SO ORDERED, this _____ day of March 2024.

BY THE COURT:

_____
HON. GENE E. K. PRATTER
*United States District Court Judge*

CERTIFICATE OF SERVICE

I certify that a copy of the parties' joint motion for a pretrial scheduling order, along with the proposed order, was served by email on the following defense counsel:

>Mark Wilson, Esq.
>Kathleen Gaughan, Esq.
>Federal Public Defenders
>Mark_Wilson@fd.org
>Kathleen_Gaughan@fd.org

DATED:  March 25, 2024

>/s/
>Sarah M. Wolfe
>Assistant United States Attorney