**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **v.** | : | |
| | : | **CRIMINAL NUMBER: 21-474** |
| **JOHN MURRAY ROWE, JR.** | : | |
| **USM No. 79230-509** | : | |

## AMENDED NOTICE OF HEARING

Take notice that the defendant is scheduled for **SENTENCING** on **TUESDAY, JANUARY 14, 2025** at **9:30 A.M.** before **Judge John M. Gallagher** at the United States District Court, Edward N. Cahn Building, 504 West Hamilton Street, **Courtroom 4-B Allentown, Pennsylvania**.

☒ **Detained Federal Inmate:** The U.S. Marshal shall have the defendant present for this court proceeding.

☐ **Bail Status:** The defendant is on bail.  A Court Security Officer shall be assigned to this proceeding.

☒ **Court Summons:** This Notice serves as a summons to appear in court.  If the defendant is on bail or supervision and fails to appear as directed, the presiding judge may issue a bench warrant.

☐ **Interpreter:** A                interpreter will be required for the defendant.

☒ **Hearing rescheduled from:** August 22, 2024

For additional information, please contact the undersigned.

By:        Christine C. Stein, Courtroom Deputy to Judge John M. Gallagher
           Phone:  610-391-7012

Date:      August 13, 2024

cc via email:   Sarah Wolfe, AUSA
                Scott Claffee, USDOJ
                Mark Wilson, Esq.
                Kathleen Gaughan, Esq.
                John Murray Rowe, Jr., Defendant
                U.S. Marshal
                Probation Office
                Pretrial Services
                Interpreter Coordinator

crnotice (July 2021)